# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND LITIGATION<br><br>This document relates to: 18-cv-4047 (LAK)<br>18-cv-4049 (LAK)<br>18-cv-4050 (LAK)<br>18-cv-4051 (LAK)<br>18-cv-4052 (LAK)<br>18-cv-4430 (LAK)<br>18-cv-4434 (LAK)<br>18-cv-4522 (LAK)<br>18-cv-4531 (LAK)<br>18-cv-4536 (LAK)<br>18-cv-4538 (LAK)<br>18-cv-4541 (LAK)<br>18-cv-4543 (LAK)<br>18-cv-4767 (LAK)<br>18-cv-4770 (LAK)<br>18-cv-4771 (LAK)<br>18-cv-4833 (LAK)<br>18-cv-4890 (LAK)<br>18-cv-4892 (LAK)<br>18-cv-4894 (LAK)<br>18-cv-4896 (LAK)<br>18-cv-4898 (LAK)<br>18-cv-4899 (LAK)<br>18-cv-4900 (LAK)<br>18-cv-5045 (LAK)<br>18-cv-5053 (LAK)<br>18-cv-5057 (LAK)<br>18-cv-5147 (LAK)<br>18-cv-5150 (LAK)<br>18-cv-5151 (LAK)<br>18-cv-5158 (LAK)<br>18-cv-5164 (LAK)<br>18-cv-5180 (LAK)<br>18-cv-5183 (LAK)<br>18-cv-5185 (LAK)<br>18-cv-5186 (LAK) | 18-MD-2865 (LAK)<br><br>ECF Case |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 4 2019

1

|                      |
|----------------------|
| 18-cv-5188 (LAK)     |
| 18-cv-5189 (LAK)     |
| 18-cv-5190 (LAK)     |
| 18-cv-5192 (LAK)     |
| 18-cv-5193 (LAK)     |
| 18-cv-5194 (LAK)     |
| 18-cv-5299 (LAK)     |
| 18-cv-5300 (LAK)     |
| 18-cv-5305 (LAK)     |
| 18-cv-5307 (LAK)     |
| 18-cv-5308 (LAK)     |
| 18-cv-5309 (LAK)     |
| 18-cv-5374 (LAK)     |

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINTS

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that the time within which Defendants in the cases enumerated in the caption may answer to the Complaints is hereby extended up to and including February 22, 2019.

No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants expressly reserve, any and all defenses.

This is the parties' first request for extension of time to answer to the Complaints.

Dated: New York, New York

January 14, 2019

| s/ Mark D. Allison | s/ Sarah L. Cave *(e-signed with consent)* |
|---|---|
| Mark D. Allison | Sarah L. Cave |
| Zhanna A. Ziering | Marc A. Weinstein |
| CAPLIN & DRYSDALE, CHARTERED | William R. Maguire |
| 600 Lexington Ave., 21st Floor | HUGHES HUBBARD & REED LLP |
| New York, NY 10022 | One Battery Park Plaza |
| Tel: (212) 379-6000 | New York, New York 10004-1482 |
| mallison@capdale.com | Telephone: (212) 837-6000 |
| zziering@capdale.com | sarah.cave@hugheshubbard.com |
|  | marc.weinstein@hugheshubbard.com |
| *Attorneys for Defendants:* | bill.maguire@hugheshubbard.com |
|  | *Attorneys for Plaintiff SKAT* |

2

*The Bradley London Pension Plan and Doston Bradley*
*Ackview Solo 401K Plan and Sean Driscoll*
*NYCATX LLC Solo 401K Plan and Carl Andrew Vergari*
*Sanford Villa Pension Plan and Roger Lehman*
*The Aria Pension Plan, Roger Lehman, and Gavin Crescenzo*
*The Aston Advisors LLC 401K Plan and Roger Lehman*
*The Atlantic DHR 401K Plan and Doston Bradley*
*The Belforte Pension Plan, Roger Lehman, and Gavin Crescenzo*
*The Bravos Advisors 401K Plan, Roger Lehman, and Gavin Crescenzo*
*The Busby Black 401K Plan and Doston Bradley*
*The Canada Rock LLC 401K Plan and Doston Bradley*
*The Costello Advisors Pension Plan, Roger Lehman, and Gavin Crescenzo*
*The DMR Pension Plan and Doston Bradley*
*The Dosmon Bly Pension Plan and Doston Bradley*
*The Eskin Pension Plan, Roger Lehman, and Gavin Crescenzo*
*The Fieldcrest Pension Plan, Roger Lehman, and Gavin Crescenzo*
*The Houston Rocco LLC 401K Plan and Doston Bradley*
*The India Bombay LLC 401K Plan and Doston Bradley*
*The ISDB Pension Plan and Doston Bradley*
*The KASV Group Pension Plan, Roger Lehman, and Svetlin Petkov*
*The Kodiak Capital Pension Plan, Roger Lehman, and Gavin Crescenzo*
*The Krabi Holdings LLC 401K Plan and Gavin Crescenzo*
*The Kyber Pension Plan, Roger Lehman and Gavin Crescenzo*
*The LBR Capital Pension Plan and Doston Bradley*
*The Lerici Capital Pension Plan, Roger Lehman, and Gavin Crescenzo*
*The Ludlow Holdings 401K Plan, Roger Lehman, and Gavin Crescenzo*
*The M2F Wellness LLC 401K Plan and Mitchell Protass*
*The Monin Amper Pension Plan and Doston Bradley*
*The MPQ Holdings LLC 401K Plan and Mitchell Protass*
*The NYC Stanismore Pension Plan and Doston Bradley*
*The Petkov Management LLC 401K Plan and Svetlin Petkov*
*The Petkov Partners Pension Plan, Roger Lehman, and Svetlin Petkov*
*The Proper Pacific LLC 401K Plan and Doston Bradley*
*The Regoleth Pension Plan, Roger Lehman, and Gavin Crescenzo*
*The Saba Capital LLC 401K Plan, Roger Lehman, and Gavin Crescenzo*
*The Sector 230 LLC 401K Plan*
*The SPKK LLC 401K Plan, Roger Lehman, and Svetlin Petkov*
*The Stark Pension Plan, Roger Lehman, and Gavin Crescenzo*
*The Stor Capital Consulting LLC 401K Plan and Michael Ben-Jacob*
*The SVP 401K Plan, Roger Lehman, and Svetlin Petkov*
*The Texas Rocco LLC 401K Plan and Doston Bradley*
*The TKKJ LLC 401K Plan and Thomas Kertelits*
*The West River Pension Plan, Roger Lehman, and Gavin Crescenzo*
*The Westport Advisors LLC 401K Plan, Roger Lehman, and Gavin Crescenzo*

3

s/ Stephen D. Andrews    *(e-signed with consent)*

Stephen D. Andrews
Amy McKinlay
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Amckinlay@wc.com
sandrews@wc.com
*Attorneys for Sander Gerber Pension Plan*

s/ Bryan C. Skarlatos    *(e-signed with consent)*

Bryan C. Skarlatos
Juliet L. Fink
Kostelanetz & Fink LLP
Seven World Trade Center, 34th Floor
New York, New York 10007
Tel: (212) 808-8100
bskarlatos@kflaw.com
jfink@kflaw.com
*Attorneys for Defendants Sterling Alpha LLC 401(K) Profit Sharing Plan, John C. Doscas, Sander Gerber Pension Plan, Del Mar Asset Management Saving & Retirement Plan, David W. Freelove*

s/ Edward M. Spiro    *(e-signed with consent)*

Edward M. Spiro
Audrey Feldman
Morvillo Abramowitz Grand Iason & Anello P.C.
565 Fifth Avenue
New York, New York 10017
Tel: 212. 880-9460
espiro@maglaw.com
audreyfeldman@maglaw.com
*Attorneys for Adam LaRosa*

s/ Martin H. Kaplan    *(e-signed with consent)*

Martin H. Kaplan
Joseph Christopher Albanese
Gusrae, Kaplan, Nusbaum, PLLC
120 Wall Street
New York, NY 10005
Tel: (212) 369-1400

4

mkaplan@gusraekaplan.com
calbanese@gusraekaplan.com
*Attorneys for Goldstein Law Group PC 401(k) Profit Sharing Plan & Sheldon Goldstein*

s/ Thomas E.L. Dewey            *(e-signed with consent)*
Thomas E.L. Dewey
David S. Pegno
Dewey Pegno & Kramarsky
777 Third Avenue, 37th Floor
New York, NY 10017
Tel: 212. 943-900
tdewey@dpklaw.com
dpegno@dpklaw.com
*Attorneys for Michael Ben-Jacob*


SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge

1/04/19

5