# Exhibit 13

*Paid 02/06/2017*

*First Alton Inc.*
*450 Alton Rd. No. 1603*
*Miami Beach, FL 33139 USA*

## INVOICE

Date:            5-27-2015

Invoice Number:  05171501

Due Date:        06/15/15

FROM:  First Alton Inc.                TO:  Ganymede Cayman Limited
       450 Alton Rd #1603                    c/o Genesis Trust & Corporate Services
       Miami Beach, FL 33139 USA             2nd Floor, Midtown Plaza
                                             Elgin Avenue
                                             PO Box 448
                                             Grand Cayman KY1-1106
                                             Cayman Islands

TAX NOT APPLICABLE

| Description   | Total            |
|---------------|------------------|
| Advisory Fees | USD 2,012,559.00 |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Chase Bank
Account: ████2772
SWIFT Code: CHASUS33
Bank Address: Chase Bank
1801 Alton Road
Miami Beach, FL 33139

Thank you,

*[signature]*

Roger Lehman
Director, First Alton Inc.