**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION | MASTER DOCKET  18-md-2865 (LAK) |
| This document relates to: All Cases. | |

**MOTION FOR ISSUANCE OF A REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE IN THE UNITED KINGDOM**

PLEASE TAKE NOTICE that the undersigned attorneys for the plaintiff

SKATTEFORVALTNINGEN ("SKAT"), the Customs and Tax Administration of the Kingdom

of Denmark, will apply before the Honorable Lewis A. Kaplan of the Southern District of New

York at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York,

New York, 10007, at a time and date to be determined by the Court, for the issuance of a Request

for International Judicial Assistance Pursuant to the Hague Convention on the Taking of

Evidence Abroad in Civil and Commercial Matters and 28 U.S.C. § 1781(b)(2).  In support of

this motion, SKAT relies upon the accompanying Memorandum of Law and Declaration of Neil

J. Oxford dated April 9, 2021 and the exhibits attached thereto.

2

Dated: New York, New York
      April 9, 2021

                         HUGHES HUBBARD & REED LLP

                         By:   /s/ Neil J. Oxford
                             William R. Maguire
                             Marc A. Weinstein
                             Neil J. Oxford
                             Dustin P. Smith
                        One Battery Park Plaza
                        New York, New York 10004-1482
                        Telephone: (212) 837-6000
                        Fax:  (212) 422-4726
                        bill.maguire@hugheshubbard.com
                        marc.weinstein@hugheshubbard.com
                        neil.oxford@hugheshubbard.com
                        dustin.smith@hugheshubbard.com

                        *Counsel for Plaintiff Skatteforvaltningen*
                        *(Customs and Tax Administration of the*
                        *Kingdom of Denmark)*